NUMBER
13-10-00530-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN
THE MATTER OF THE ESTATE OF HARLON C. REMUS, DECEASED

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 3

                                      of
Cameron County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before Justices
Garza, Benavides, and Vela

Memorandum Opinion
Per Curiam

 








Appellant,
Janice Remus, perfected an appeal from a judgment entered by the County Court at
Law No. 3 of Cameron County, Texas, in cause number 2009-CPC-21.  Appellant has
filed a motion to dismiss the appeal and requests that this Court dismiss the
appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Any pending motions are dismissed as moot.

Costs
will be taxed against appellant. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at
appellant=s request, no motion for rehearing
will be entertained, and our mandate will issue forthwith.  

PER CURIAM

Delivered and filed the

17th day of February, 2011.